AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

T.W., a minor, by his parent and next friend, Ms. Dorothy Watson )
    Plaintiff(s) )
    )
    )
vs. )
    )
The District of Columbia, et al )
    Defendant(s) )

**APPEARANCE**

CASE NUMBER   07-1716 (EGS)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Tracy L. Goodman   as counsel in this
    (Attorney's Name)

case for:   T.W., a minor and his parent Dorothy Watson
    (Name of party or parties)

9/26/07
Date

DC Bar No. 481088
BAR IDENTIFICATION

*(signature)*
Signature

Tracy L. Goodman
Print Name

The Children's Law Center, 616 H Street NW, Suite 300
Address

Washington DC 20001
City    State    Zip Code

(202) 467-4900 x503
Phone Number