UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
T.W., a minor,                )
by his parent and next friend )
Dorothy Watson               )
                                           )
      Plaintiff,           )
                                           )
  v.                           )  Civ. Action No. 07-1716 (EGS)
                                           )
DISTRICT OF COLUMBIA, *et al.*, )
                                           )
     Defendants.          )
_____)

## **ORDER**

For the reasons stated at the hearing held on September 27, 2007, it is hereby

**ORDERED** that Plaintiff's Motion for a Temporary Restraining Order is **DENIED**; and it is

**FURTHER ORDERED** that Defendants shall ensure that an adult monitor escorts T.W. at all times while he is on school premises; and it is

**FURTHER ORDERED** that the Hearing Officer's Decision shall be issued by no later than **October 15, 2007,** as required by 34 C.F.R. § 300.515; and it is

**FURTHER ORDERED** that Plaintiff's supplemental briefing in support of his Motion for a Preliminary Injunction is due by no later than **October 22, 2007;** Defendants' response is due by no later than **October 29, 2007;** and Plaintiff's reply, if any, is due by no later than **November 5, 2007;** and it is

**FURTHER ORDERED** that a hearing on the Motion for a Preliminary Injunction is scheduled for **November 8, 2007 at 12:00 p.m.;** and it is

**FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 65(a)(2), the Court consolidates the hearing of the application for a preliminary injunction with the trial of the action on the merits.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**September 27, 2007**