UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.W., a minor, | ) |
| | ) |
| and | ) |
| | ) |
| His parent and next friend, | ) |
| Ms. Dorothy Watson | ) |
| | )   Civil Case No. 07-1716 (EGS) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## JOINT MOTION FOR DISMISSAL

In accordance with Rule 54 of the Federal Rules of Civil Procedure, the parties to this action respectfully move this Court to dismiss the captioned case.

As reflected in the attached proposed order, the issues in the Complaint have been resolved to the satisfaction of the parties, and the parties hereby have agreed to stipulate to a dismissal of the captioned case.

The parties have agreed to the form of a proposed Order, a copy of which is attached hereto. The parties consent to the entry of the proposed Order, and request that Judgment be entered by the Clerk.

Respectfully submitted,

| | |
|---|---|
| LINDA SINGER |   /s/  Aaron J. Fischer_____ |
| Attorney General | AARON J. FISCHER, ESQ. |
| for the District of Columbia | D.C. Bar No. 974555 |
| | *Pro Bono* Counsel for Ms. Watson |
| GEORGE C. VALENTINE | The Children's Law Center |
| Deputy Attorney General | 616 H St., NW, Suite 300 |
| Civil Litigation Division | Washington, D.C. 20001 |
| | (202) 467-4900 ext. 525 |
| | (202) 552-7125 (fax) |
| | E-mail: Afischer@childrenslawcenter.org |

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914


**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
E-mail: Eden.Miller@dc.gov

**/s/ Tracy L. Goodman**
TRACY L. GOODMAN, ESQ.
D.C. Bar No. 481088
*Pro Bono* Counsel for Ms. Watson
The Children's Law Center
616 H St., NW, Suite 300
Washington, DC 20001
(202) 467-4900, ext. 503
(202) 467-4949 (fax)
E-mail: Tgoodman@childrenslawcenter.org

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.W., a minor, <br><br>and <br><br>His parent and next friend, <br>Ms. Dorothy Watson <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>DISTRICT OF COLUMBIA, *et al.*, <br><br>　　　　Defendants. | Civil Case No. 07-1716 (EGS) |

## **ORDER**

Upon consideration of the parties' Joint Motion for Dismissal, filed \_\_\_\_\_, 2007, it is, on this _____ day of _____, 2007, hereby:

**ORDERED** that the Joint Motion for Dismissal is **GRANTED**; and it is

**FURTHER ORDERED** that this case is DISMISSED.

**SO ORDERED.**


DATE:                                                   _____
                                                        THE HON. EMMET G. SULLIVAN
                                                        United States District Court Judge